

# NUMBER 13-22-00049-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

MARIO ANGEL DIAZ,                                                    Appellant,

v.

MARINA DIAZ,                                                        Appellee.

### On appeal from the 444th District Court
### of Cameron County, Texas.

# MEMORANDUM OPINION

### Before Justices Benavides, Hinojosa, and Silva
### Memorandum Opinion by Justice Silva

This matter is before the court on its own motion. On June 10, 2022, appellant was granted a third motion to extend the time to file a brief making the brief due on July 8, 2022. On July 14, 2022, the Clerk of the Court notified appellant that the appeal was subject to dismissal for want of prosecution unless, within ten days, appellant provided

reasonable explanation for his failure to timely file a brief. *See* TEX. R. APP. P. 38.8(a)(1). Appellant failed to respond to the notice and has not filed a brief.

Appellant has neither reasonably explained his failure to file a motion for extension of time nor filed his brief. Accordingly, the appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a), 42.3(b), (c).

CLARISSA SILVA
Justice

Delivered and filed on the
18th day of August, 2022.

2